```
         FILED          RECEIVED
         ENTERED        SERVED ON
                  COUNSEL/PARTIES OF RECORD

              MAR - 4 2011

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for First National Bank of Nevada,<br><br>Plaintiff,<br><br>vs.<br><br>MATT CONSTRUCTION, LLC, a Nevada limited liability company; BRUIN PAINTING CORP., INC., a California corporation; COMMERCIAL CABINET CO., INC., a Nevada corporation; IMG MECHANICAL, an unknown entity; and JMD, INC., a Nevada corporation,<br><br>Defendants. | Case No. 09-cv-01900-RCJ (RJJ)<br><br>**STIPULATION AND ORDER TO DISMISS, WITH PREJUDICE** |

Plaintiff, Federal Deposit Insurance Corporation, in its capacity as Receiver for First National Bank of Nevada ("FDIC-FNBN"), by and through its attorneys of record, Gerrard Cox Larsen, Defendant, Matt Construction, LLC, by and through its attorneys of record, Peel Brimley, LLP, Defendant, Bruin Painting Corp., Inc., by and through its attorneys of record, Peel Brimley, LLP, Defendant, Commercial Cabinet Company, by and through its attorneys of record, Patrick N. Chapin, Ltd., and IMG Mechanical, by and through its attorneys of record, Pezzillo Robinson, hereby stipulate and agree to the dismissal, with prejudice, of the above referenced matter, all stipulating parties to bear their own attorney's fees and costs.

///

///

///

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

1

DATED this 28th day of February, 2011.

**GERRARD COX LARSEN**

/s/ Douglas D. Gerrard, Esq.
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Gary C. Milne, Esq.
Nevada Bar No. 3653
2450 Saint Rose Pkwy., Suite 200
Henderson, Nevada 89074
*Attorneys for Federal Deposit Insurance Corporation, in its capacity as Receiver for First National Bank of Nevada*

DATED this 28th day of February, 2011.

**LAW OFFICE OF RICHARD MCKNIGHT, PC**

/s/ Richard McKnight, Esq.
Richard McKnight, Esq.
Nevada Bar No. 1313
330 South Third Street, #900
Las Vegas, NV 89101
*Attorney for Spanish Park, LLC*

DATED this 28th day of February, 2011.

**PATRICK N. CHAPIN, LTD.**

/s/ Patrick N. Chapin, Esq.
Patrick N. Chapin, Esq.
Nevada Bar No. 4946
129 Cassia Way
Henderson, NV 89014
Attorney for Commercial Cabinet Co.

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this 28th day of February, 2011.

**PEEL BRIMLEY, LLP**

/s/ Michael W. Brimley, Esq.
Michael W. Brimley, Esq
Nevada Bar No. 3684
Robert E. Werbicky, Esq.
Nevada Bar No. 6166
3333 E. Serene Ave., Suite 200
Henderson, NV 89074
*Attorney for Matt Construction, LLC and Bruin Painting Corp., Inc.*

DATED this 28th day of February, 2011.

**LAW OFFICE OF BRIAN D. SHAPIRO**

/s/ Brian D. Shapiro, Esq.
Brian D. Shapiro, Esq.
Nevada Bar No. 5772
411 E. Bonneville Ave., Suite 300
Las Vegas, NV 89101
*Trustee/Attorney for IMG Mechanical*

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

## ORDER

Based upon the forgoing Stipulation, IT IS HEREBY ORDERED:

That the above matter is dismissed, with prejudice, all stipulating parties to bear their own attorney's fees and costs.

Dated this 4th day of March, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:
**GERRARD COX LARSEN**

/s/ Douglas D. Gerrard, Esq.
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
2450 Saint Rose Pkwy., Suite 200
Henderson, Nevada 89074
*Attorneys for Federal Deposit Insurance Corporation, in its capacity as Receiver for First National Bank of Nevada*

G:\09148\sao.dismiss.2nd.federal.ct.wpd            3